UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2009 SEP 23  A 11: 48

C.A. NO.
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SANDRA KENDALL<br>Plaintiff | )<br>)<br>)<br>) |
| Vs. | )<br>) |
| GLENN SCHEDIN and<br>MICHAEL FISHER<br>Defendants | )<br>)<br>)<br>) |

## COMPLAINT AND JURY TRIAL CLAIM

### PARTIES

1.

The plaintiff is Sandra Kendall, who is a resident of 21 Barstow Road, Apt. 5F, Great Neck, New York.

2.

The defendant is Glenn Schedin of 12 Sunny Hill Road, Northboro, Massachusetts.

3.

The defendant is Michael Fisher of 6 Trottier Street, Worcester, Massachusetts.

### JURISDICTION

4.

Jurisdiction is based upon diversity of citizenship pursuant to 28 U.S.C. §1332.

## STATEMENT OF FACTS

5.

The Epworth United Methodist Church is a church located at 64 Salisbury Street, Worcester, Massachusetts.

6.

On December 31, 2007 the plaintiff, Sandra Kendall was at the Epworth United Methodist Church in order to attend a program as part of the Worcester First Night program.

7.

Upon the conclusion of the program the plaintiff, Sandra Kendall, while exiting from the church, was at a set of stairs consisting of five steps, which the plaintiff, Sandra Kendall subsequently learned, did not have a railing or banister of any type.

8.

It was evening at this time. There was an absence of natural light and inadequate illumination in the area of the stairs.

9.

The plaintiff, Sandra Kendall, while exiting from the church, reached for/looked for a railing/banister and at the same time stumbled, lost her balance and fell.

10.

The plaintiff, Sandra Kendall was seriously injured. She was transported by ambulance to a hospital. She spent weeks hospitalized before being discharged.

11.

The plaintiff, Sandra Kendall's medical bills exceed One Hundred Thousand ($100,000.00) Dollars.

12.

The plaintiff, Sandra Kendall remains symptomatic more than a year after the December 31, 2007 accident.

13.

The defendants, Glenn Schedin and Michael Fisher during 2007 were members of the Epworth United Methodist Church and were chairman and co-chair, respectively, of a committee with involvement and responsibilities involving the City of Worcester's First Night Program.

14.

Based upon information and belief, the defendants, Glenn Schedin and Michael Fisher, jointly and/or individually, had responsibilities, which included scheduling, planning and coordination of the First Night event at the United Methodist Church on the evening of December 31, 2007.

15.

On December 31, 2007, and at all times material hereto, the defendants, Glenn Schedin and Michael Fisher, individually and/or jointly, had responsibilities involving the property and building at the Epworth United Methodist Church as it was being used for purposes of the City of Worcester's First Night Program.

16.

The defendants failed in their responsibilities, were negligent in their control and responsibilities which included control, lighting, warnings and instructions at the exit way landing, stairways and walkway of the church which was being used on the evening of December 31, 2007.

17.

As a result of the negligence of the defendants, the plaintiff, Sandra Kendall was seriously injured, hospitalized for an extended period and remains symptomatic more than one-year post accident.

## COUNT I
### (Negligence – Glenn Schedin)

18.

The plaintiff, Sandra Kendall repeats and incorporates herein by reference paragraphs one (1) through seventeen (17) as if stated herein again.

19.

As a result of the negligence of the defendant, Glenn Schedin the plaintiff, Sandra Kendall was caused to be injured, was hospitalized, incurred medical expenses and was caused to suffer great pain of body and mind.

WHEREFORE, the plaintiff, Sandra Kendall demands judgment on this Count from the defendant, Glenn Schedin in a fair amount for all past, present and future injuries, suffering and losses plus costs and interests.

## COUNT II
### (Negligence – Michael Fisher)

20.

The plaintiff, Sandra Kendall repeats and incorporates herein by reference paragraphs one (1) through seventeen (17) as if stated herein again.

21.

As a result of the negligence of the defendant, Michael Fisher the plaintiff, Sandra Kendall was caused to be injured, was hospitalized, incurred medical expenses and was caused to suffer great pain of body and mind.

WHEREFORE, the plaintiff, Sandra Kendall demands judgment on this Count from the defendant, Michael Fisher in a fair amount for all past, present and future injuries, suffering and losses plus costs and interests.

THE PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES AND ON ALL COUNTS.

The plaintiff,
By her attorney,

*[signature]*
William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700
BBO #134240